IN THE UNITED STATES COURT OF
APPEALS FOR THE THIRD CIRCUIT

Carlton Landis

                Plaintiff-Appellant,

        v.

Moyer, et al.

                Defendants-Appellees.

No. 22-2421

**UNOPPOSED MOTION TO REINSTATE APPEAL**

Appellant respectfully requests that the appeal in this case be reinstated. In as much as the certified order functioned as the mandate, Appellant also requests that the mandate be recalled for purposes of reinstating the appeal.

1.     Carlton Landis proceeded *pro se* before the district court in seeking a remedy for alleged constitutional violations that occurred while incarcerated.

2.     Undersigned counsel and Mr. Landis agreed that undersigned counsel would represent Mr. Landis before this Court pro bono as he otherwise could not obtain counsel.

3.     On September 19, 2022, this Court ordered Mr. Landis, still operating

*pro se*, to submit 5 pages of argument on why this case should not be summarily dismissed.

4.     Undersigned counsel received confirmation that Mr. Landis wanted his representation, entered an appearance, and filed this five pages of argument.

5.     On February 22, 2023, this Court ordered full briefing.

6.     Undersigned counsel miscalendared the briefing due date in response to the briefing notice. He works for a small non-profit organization that does not have paralegals or administrative legal staff. He is mortified by his error and apologizes to the Court.

7.     On April 20, 2023, still not having received an opening brief because of undersigned counsel's error, this Court dismissed the appeal for want of prosecution.

8.     Undersigned counsel apologizes for his mistake and respectfully requests this appeal be reinstated so that he may continue his pro bono representation of Mr. Landis, an incarcerated *pro se* litigant, in pursuit of a remedy for alleged constitutional violations.

9.     Undersigned counsel will comply with any briefing deadline this Court sets and not seek any extensions.

10.     Undersigned counsel contacted Appellees' counsel who graciously consent to this motion.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that the appeal in this case be reinstated.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed the foregoing Unopposed Motion for Reinstatement of Appeal with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date:  April 27, 2023


*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume requirements

of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 296 words.

Date:  April 27, 2023

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001